Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Roman M. Silberfeld (SBN 62783)
rsilberfeld@robinskaplan.com
Kellie Lerner (*Pro Hac Vice*)
klerner@robinskaplan.com
Aaron M. Sheanin (SBN 214472)
asheanin@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5580

*Co-Lead Counsel for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | Case Number: 8:17-ML-2797-AG-KES<br><br>**NOTICE OF MOTION AND <u>UNOPPOSED</u> MOTION FOR ENTRY OF [PROPOSED] ORDER RE PROTOCOL FOR COMMON BENEFIT WORK AND EXPENSES**<br><br>Hon. Andrew J. Guilford<br><br>Date: February 26, 2018<br>Time: 10:00 a.m.<br>Courtroom: 10-D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 26, 2018 , or on such date as may be specified by the Court, in the courtroom of the Honorable Andrew J. Guilford, United States District Court for the Central District of California, Santa Ana Division, located at 411 West 4th Street, Santa Ana, California, Plaintiffs will and hereby do move for entry of an Order Re Protocol for Common Benefit Work and Expenses.

This Motion is based on this Notice of Motion and Motion, and all other pleadings and papers on file in this action and such argument as may be presented to the Court at the time of the hearing.

Dated: January 18, 2018        Respectfully submitted,

By:   */s/ Roland Tellis*
      Roland Tellis

      BARON & BUDD, P.C.
      15910 Ventura Boulevard, Suite 1600
      Encino, California  91436
      Telephone:  (818) 839-2333
      Facsimile:   (818) 986-9698

By:   */s/ Roman M. Silberfeld*
      Roman M. Silberfeld

      ROBINS KAPLAN LLP
      2049 Century Park East, Suite 3400
      Los Angeles, California  90067
      Telephone: (310) 552-0130
      Facsimile: (310) 229-5580

# MEMORANDUM OF POINTS AND AUTHORITIES

In the Court's Case Management Order (Dkt. No. 35), the Court appointed Plaintiffs' Co-Lead Counsel, Plaintiffs' Steering Committee and Liaison Counsel. In doing so, the Court "emphasize[d] the need for all leadership counsel who wish to be compensated for their work on behalf of all Plaintiffs to keep clear and accurate records. Lead counsel must also avoid duplication of work and unnecessary or inefficient practices." (Dkt. No. 35 at p. 2). In accordance with the Court's directive, and subject to the Court's approval, Co-Lead Counsel seek entry of the accompanying [Proposed] Order Re Protocol for Common Benefit Work and Expenses which sets specific guidelines for work performed and expenses incurred for the common benefit of all Plaintiffs in this case. All defendants who have appeared in this action have indicated their non-opposition to this motion.

Dated: January 18, 2018

Respectfully submitted,

By: */s/ Roland Tellis*
Roland Tellis

BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

By: */s/ Roman M. Silberfeld*
Roman M. Silberfeld

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5580

2