QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Michael Carlinsky
michaelcarlinsky@quinnemanuel.com
Jane M. Byrne
janebyrne@quinnemanuel.com
Corey Worcester
coreyworcester@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Attorneys for Defendants National
General Insurance Company and National
General Holdings Corp.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | Case No.: 8:17-ML-2797-AG-KES<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT ORDER RE: DEFENDANTS' DEADLINE TO ANSWER CONSOLIDATED COMPLAINT**<br><br>Hon. Andrew Guilford |

The Parties in the above-captioned litigation, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, pursuant to the Court's December 11, 2017 Case Management Order (Dkt. No. 35), the deadline for defendants Wells Fargo & Company, Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services, National General Insurance Company and National General Holdings Corporation (collectively, the "Defendants") to answer the Plaintiffs' Consolidated Complaint (Dkt. No. 49) is July 9, 2017;

WHEREAS, on June 18, 2018 the Court granted in part Defendants' motions to dismiss and granted Plaintiffs leave to amend their complaint by August 17, 2018 (Dkt. No. 98);

WHEREAS, Plaintiffs intend to file an amended consolidated complaint by August 17, 2018;

NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1.   In order to save party and judicial resources, the Parties jointly request that the Court vacate the current July 9, 2018 deadline for Defendants to answer Plaintiffs' Consolidated Class Action Complaint.

2.   The Parties jointly request that the deadline for Defendants to file an answer or responsive motions to any amended complaint Plaintiffs may file by August 17, 2018 be 45 days after the filing of said amended complaint.

3.   The Parties further jointly request that in the event that Plaintiffs do not file an amended complaint, the deadline for Defendants to answer Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 49) be October 1, 2018.

**IT IS SO STIPULATED.**

Dated: July 3, 2018

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: */s/ Corey Worcester*
Corey Worcester
coreyworcester@quinnemanuel.com
Michael Carlinsky
michaelcarlinsky@quinnemanuel.com
Jane M. Byrne
janebyrne@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Attorneys for Defendants National General Insurance Company and National General Holdings Corp.*

Dated: July 3, 2018

**MCGUIREWOODS LLP**

By: */s/ David C. Powell*
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Carolee A. Hoover (SBN 282018)
choover@mcguirewoods.com
Alicia A. Baiardo (SBN 254228)
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922
*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services*

2

Dated: July 3, 2018

**ROBINS KAPLAN LLP**

By:   */s/ Aaron M. Sheanin*
      Aaron M. Sheanin (SBN 214472)
      asheanin@robinskaplan.com
      2440 W. El Camino Real, Suite 100
      Mountain View, California 94040
      Telephone: (650) 784-4040
      Facsimile: (650) 784-4041

      Roman M. Silberfeld (SBN 62783)
      rsilberfeld@robinskaplan.com
      2049 Century Park East, Suite 3400
      Los Angeles, California 90067
      Telephone: (310) 552-0130
      Facsimile: (310) 229-5580

      *Co-Lead Counsel for Plaintiffs and
      the Putative Class*

**BARON & BUDD, P.C.**

By:   */s/ Roland Tellis*
      Roland Tellis (SBN 186269)
      rtellis@baronbudd.com
      Daniel Alberstone (SBN 105275)
      dalberstone@baronbudd.com
      Mark Pifko (SBN 228412)
      mpifko@baronbudd.com
      15910 Ventura Boulevard, Suite 1600
      Encino, California 91436
      Telephone: (818) 839-2333
      Facsimile: (818) 986-9698

      *Co-Lead Counsel for Plaintiffs and
      the Putative Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Local Rule 5-4.3.4 Attestation</u>**

I attest that all signatories listed above concur in this filing's content and have authorized the filing.

Dated : July 3, 2018        By:   */s/ Corey Worcester*
                                   Corey Worcester

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2018, I electronically filed the foregoing document entitled STIPULATION TO MODIFY CASE MANAGEMENT ORDER RE: DEFENDANTS' DEADLINE TO ANSWER CONSOLIDATED COMPLAINT with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: July 3, 2018          */s/ Corey Worcester*
                              Corey Worcester