Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David B. Fernandes, Jr. (SBN 280944)
dfernandes@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:  (818) 839-2333
Facsimile:    (818) 986-9698

Roman M. Silberfeld (SBN 62783)
rsilberfeld@robinskaplan.com
David Martinez (SBN 193183)
dmartinez@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California  90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5580

Aaron M. Sheanin (SBN 214472)
asheanin@robinskaplan.com
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, California  94040
Telephone:  (650) 784-4040
Facsimile:  (650) 784-4041

*Plaintiffs' Co-Lead Counsel*

*\* Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | Case No.  8:17-ML-2797-AG-KES **PLAINTIFFS' NOTICE OF SETTLEMENT** Date:            April 8, 2019 Time:            9:00 a.m. Hon. Andrew J. Guilford |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs, by and through co-lead counsel, respectfully notify the Court that the parties have reached a settlement, the details of which will be addressed with the Court at the status conference on April 8, 2019. Counsel for the parties have executed a Memorandum of Understanding and are in the process of preparing a formal Settlement Agreement and expect to file a Motion for Preliminary Approval in approximately 45 days, or earlier if practicable.

Dated:  April 5, 2019                      Respectfully submitted,

By:     */s/ Roland Tellis*
        Roland Tellis

        Roland Tellis (SBN 186269)
        David B. Fernandes, Jr. (SBN 280944)
        BARON & BUDD, P.C.
        15910 Ventura Boulevard, Suite 1600
        Encino, California  91436
        Telephone:  (818) 839-2333
        Facsimile:   (818) 986-9698

        Roman M. Silberfeld (SBN 62783)
        rsilberfeld@robinskaplan.com
        David Martinez (SBN 193183)
        dmartinez@robinskaplan.com
        ROBINS KAPLAN LLP
        2049 Century Park East, Suite 3400
        Los Angeles, California  90067
        Telephone: (310) 552-0130
        Facsimile: (310) 229-5580

1

2    Aaron M. Sheanin (SBN 214472)
     asheanin@robinskaplan.com
3    ROBINS KAPLAN LLP
     2440 W. El Camino Real, Suite 100
4    Mountain View, California  94040
     Telephone:  (650) 784-4040
5    Facsimile:  (650) 784-4041

6

7    Kellie Lerner (*pro hac vice*)
     klerner@robinskaplan.com
8    Benjamin D. Steinberg
     bsteinberg@robinskaplan.com
9    ROBINS KAPLAN LLP
     399 Park Avenue, Suite 3600
10   New York, New York  10022
     Telephone:  (212) 980-7400
11   Facsimile:  (212) 980-7499

12

13

14   *Plaintiffs' Co-Lead Counsel*

15   Eric H. Gibbs (SBN 178658)
     Michael L. Schrag (SBN 185832)
16   GIBBS LAW GROUP LLP
     505 14th Street, Suite 1110
17   Oakland, California 94612
     Telephone: (510)-350-9700
18   Facsimile: (510 350-9701

19

20   Charles E. Schaffer (*Pro Hac Vice*)
     LEVIN SEDRAN & BERMAN
21   510 Walnut Street, Suite 500
     Philadelphia, Pennsylvania 19106
22   Telephone: (215) 592 1500
     Facsimile: (215) 592-4663
23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Paul F. Novak (*Pro Hac Vice*)
WEITZ & LUXENBERG, P.C.
Chrysler House
719 Griswold, Suite 620
Detroit, Michigan 48226
Telephone: (313) 800-4170
Facsimile: (646) 293-7992

*Plaintiffs' Steering Committee*

David S. Casey, Jr. (SBN 060768)
Gayle M. Blatt (SBN 122048)
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, California
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Plaintiffs' Liaison Counsel*

PLAINTIFFS' NOTICE OF SETTLEMENT