# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | Case Number: 8:17-ML-2797-AG-KES<br><br>**ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF CLASS NOTICE** |

The Court, having considered the Stipulation of the parties and good cause appearing therefore, hereby orders as follows:

1. The deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement and Approval of Class Notice shall be moved from Thursday, May 16, 2019 to Thursday, May 30, 2019; and

2. The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Approval of Class Notice shall be moved from Monday, June 3, 2019, at 10:00 a.m. to Monday, June 17, 2019, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 15, 2019

_____
Hon. Andrew J. Guilford
United States District Judge