## NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | CASE NO. 8:17-ML-2797-AG-KES<br><br>**ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF CLASS NOTICE**<br><br>*Honorable Andrew J. Guilford* |

1  The Court, having considered the Stipulation of the parties and good cause appearing therefore, hereby orders as follows:

1. The deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement and Approval of Class Notice shall be moved from Thursday, May 30, 2019, to Tuesday, June 4, 2019; and

2. The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action **Settlement and Approval of Class Notice is hereby continued to Monday, July 1, 2019 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 30, 2019

_____
Hon. Andrew J. Guilford
United States District Judge