QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Jane M. Byrne
janebyrne@quinnemanuel.com
Corey Worcester
coreyworcester@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Attorneys for Defendants National General Insurance Company and National General Holdings Corp.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | Case No.: 8:17-ML-2797-AG-KES<br><br>**STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Hon. Andrew Guilford |

WHEREAS pursuant to the Court's Order on Stipulation to Modify Case Management Schedule (the "Order," Dkt. 217), the deadline for the completion of fact discovery is currently set for July 1, 2019;

WHEREAS the Court's Order sets forth other deadlines for motion practice after the completion of fact discovery;

WHEREAS on June 6, 2019, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement and Approval of Class Notice (Dkt. 262);

WHEREAS the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is currently set for July 29, 2019.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY REQUEST AS FOLLOWS:

1. That, in light of Plaintiffs' pending Motion for Preliminary Approval of Class Action Settlement and Approval of Class Notice, all deadlines set forth in the Court's Order (Dkt. 217) are hereby stayed pending further order of the Court.

**IT IS SO STIPULATED.**

Dated: July 1, 2019

**BARON & BUDD, P.C.**

By: */s/ Roland Tellis*
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

*Co-Lead Counsel for Plaintiffs and the Putative Class*

| | | |
|---|---|---|
| Dated: July 1, 2019 | | **MCGUIREWOODS LLP** |
| | By: | */s/ David C. Powell* |
| | | David C. Powell (SBN 129781) |
| | | dpowell@mcguirewoods.com |
| | | Carolee A. Hoover (SBN 282018) |
| | | choover@mcguirewoods.com |
| | | Alicia A. Baiardo (SBN 254228) |
| | | Two Embarcadero Center, Suite 1300 |
| | | San Francisco, CA 94111-3821 |
| | | Telephone: (415) 844-9944 |
| | | Facsimile: (415) 844-9922 |
| | | |
| | | *Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services* |

| | | |
|---|---|---|
| Dated: July 1, 2019 | | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | By: | */s/ Corey Worcester* |
| | | Michael B. Carlinsky |
| | | michaelcarlinsky@quinnemanuel.com |
| | | Jane M. Byrne |
| | | janebyrne@quinnemanuel.com |
| | | Corey Worcester |
| | | coreyworcester@quinnemanuel.com |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| | | Telephone: (212) 849-7000 |
| | | Facsimile:  (212) 849-7100 |
| | | |
| | | *Attorneys for Defendants National General Insurance Company and National General Holdings Corp.* |

2

**LOCAL RULE 5-4.3.4 ATTESTATION**

I attest that all signatories listed above concur in this filing's content and have authorized the filing.

Dated: July 1, 2019          By:   */s/ Corey Worcester*
                                   Corey Worcester

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019, I electronically filed the foregoing document entitled STIPULATION TO MODIFY CASE SCHEDULE with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: July 1, 2019         */s/ Corey Worcester*
                            Corey Worcester