NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | Case Number:  8:17-ML-2797-AG-KES<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE FOR FINAL APPROVAL HEARING OF CLASS SETTLEMENT**<br><br>Hearing Date: October 28, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Andrew J. Guilford |

The Court, having read and considered David S. Casey, Jr.'s Request to Appear Telephonically at the Plaintiffs' Motion for Final Approval of Class Action Settlement hearing scheduled in this case for October 28, 2019 at 10:00 a.m., and that the Court authorize counsel to arrange said participation, and good cause appearing, it is ordered that:

Plaintiff's Request for a Telephonic Appearance at the October 28th, 2019 Plaintiffs' Motion for Final Approval of Class Action Settlement is Granted. Counsel is authorized to arrange said participation.

**Defense counsel must provide a direct dial number to the courtroom deputy by Tuesday, October 22, 2019.**

IT IS SO ORDERED.

_____
Hon. Andrew J. Guilford
United States District Judge