**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE WELLS FARGO COLLATERAL PROTECTION INSURANCE LITIGATION | Case Number: 8:17-ML-2797-AG-KES<br><br>**FINAL JUDGMENT**<br><br>Date: October 28, 2019<br>Time: 10:00 am<br>Courtroom: 10D<br><br>Hon. Andrew J. Guilford |

# **FINAL JUDGMENT**[1]

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Granting Final Approval of Class Action Settlement:

1. The Settlement Agreement, the Final Approval Order, and this Judgment are binding on and have res judicata and preclusive effect in all pending and future lawsuits or other proceedings encompassed by (1) the Settlement Class Released Claims maintained by or on behalf of the Settlement Class Releasors, and (2) the Wells Fargo and National General Released Claims maintained by or on behalf of the Wells Fargo and National General Releasors;
2. This action and all claims for damages are dismissed with prejudice and, except as otherwise explicitly provided for in the Settlement Agreement, without costs;
3. The Settlement Class Releasees are discharged and released from all Settlement Class Released Claims;
4. The Wells Fargo and National General Releasees are discharged and released from the Wells Fargo and National General Released Claims;
5. Settlement Class Releasors and/or any other Person are permanently barred and enjoined from instituting and prosecuting any and all of the Settlement Class Released Claims;
6. Wells Fargo and National General Releasors and/or any other Person are permanently barred and enjoined from instituting and prosecuting any and all of the Wells Fargo and National General Released Claims; and

---

[1] This order incorporates by reference the definitions in the Settlement Agreement, and all terms herein shall have the same meaning as set forth in the Settlement Agreement.

7. This Court reserves continuing and exclusive jurisdiction over the Settlement, including all future proceedings concerning the administration, consummation, and enforcement of the Settlement Agreement.

**IT IS SO ORDERED**

Dated: November 20, 2019

_____
Hon. Andrew J. Guilford
United States District Judge